IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **AMANDA E.** o/b/o L.J.E., a minor,                Plaintiff, v. **COMMISSIONER OF SOCIAL SECURITY,**                Defendant. | Case No. 2:21-CV-5574 Judge Graham Magistrate Judge Litkovitz |

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation recommending Plaintiff's Statement of Errors (ECF No. 9) be sustained in part as to Plaintiff's first assignment of error, overruled as to Plaintiff's second assignment of error, and sustained as to Plaintiff's third assignment of error. (ECF No. 14). No objections have been filed.

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation. The Commissioner's non-disability finding shall be reversed, and this matter shall be remanded for further administrative proceedings consistent with this order pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

DATE: March 14, 2023

*s/ James L. Graham*
JAMES L. GRAHAM
United States District Judge